UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:17-cv-80369-DMM

JANET HOYT,

    Plaintiff,

vs.

PATIO.COM, LLC,
d/b/a PATIO.COM,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, PATIO.COM, LLC, d/b/a PATIO.COM ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                              BY:   /s/ Jason S. Weiss
                                                    Jason S. Weiss
                                                    Jason@jswlawyer.com
                                                    Florida Bar No. 356890
                                                    **WEISS LAW GROUP, P.A.**
                                                    5531 N. University Drive, Suite 103
                                                    Coral Springs, FL 33067
                                                    Tel: (954) 573-2800
                                                    Fax: (954) 573-2798
                                                    *Attorneys for Plaintif*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6 day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                        BY: /s/ Jason S. Weiss
                               Jason S. Weiss
                               Jason@jswlawyer.com
                               Florida Bar No. 356890